■ In the Matter of V. CHILDREN. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; DAVID B., Appellant. [711 NYS2d 896] —In a child protective proceeding pursuant to Family Court Act article 10, the father appeals from a fact-finding order of the Family Court, Kings County (Adams, J.), dated June 11, 1998, which, after a hearing, found that he had abused his stepson, and derivatively abused his stepdaughter and his other two children.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the appellant's contention, the Family Court properly determined that the out-of-court statement of the appellant's stepson, alleging sexual abuse, was sufficiently corroborated, notwithstanding that the Family Court declined to credit the validation testimony of the court-appointed psychologist (*see,* Family Ct Act § 1046 [a] [vi]). Moreover, the record supports the Family Court's determination that the abuse allegations were established by a preponderance of the evidence (*see, Matter of Nicole V.,* 71 NY2d 112, 117). Accordingly, the Family Court's finding of abuse as to that child and a derivative finding as to his stepdaughter and his two other children was proper (*see, Matter of S./C. Children,* 256 AD2d 88). Krausman, J. P., Goldstein, Feuerstein and Smith, JJ., concur.